## West Chicago St. R. R. Co. and North Chicago St. R. R. Co. v. John Yund, Jr.

1. NEGLIGENCE—*Joint Liability.*—Where an injury is the result of the joint negligence of two persons, an action will lie against them jointly for the damages sustained.

2. STREET RAILWAYS—*Care in Operating Parallel Lines.*—Great care is required of street railway companies in the operation of parallel lines within a few feet of each other.

**Trespass on the Case,** for personal injuries. Appeal from the Superior Court of Cook County; the Hon. WILLIAM G. EWING, Judge, presiding. Heard in this court at the October term, 1896. Affirmed. Opinion filed February 9, 1897.

### STATEMENT OF THE CASE.

This was an action by appellee, John Yund, Jr., by his next friend, John Yund, Sr., against the appellants, West Chicago Street Railroad Company and North Chicago Street Railroad Company, to recover damages for personal injuries received by him while a passenger of the North Chicago Street Railroad Company by striking against a horse attached to a car of the West Chicago Street Railroad Company.

At the time of the accident, February 24, 1891, the appellant, the North Chicago Street Railroad Company, was

operating a line of cable cars which, in the South Division of the city, ran along Randolph street, between Dearborn and La Salle streets, westward, and the appellant, the West Chicago Company, was then operating a line of horse cars on Randolph street between the said points, on tracks parallel with that of the North Chicago Company.

On February 24, 1891, appellee, who was then about fifteen years of age, approached the grip-car of the North Chicago Company, from the south side, somewhere between Dearborn and Clark streets, on Randolph street, and stood upon the foot-board on the south side of the car, and just after boarding the car and while he was standing upon the foot-board, he was struck by a horse of the West Chicago Company.

The jury rendered a verdict for the plaintiff against both of the defendants; damages being assessed at $16,500; from this $11,500 was remitted, and judgment was entered for $5,000.

EGBERT JAMIESON and JOHN A. ROSE, attorneys for appellants.

JOHN F. WATERS, attorney for appellee.

MR. JUSTICE WATERMAN DELIVERED THE OPINION OF THE COURT.

Contrary to the earnest contention of appellants, we think that there was evidence that the injury to appellee was caused by the joint negligence of the defendants below. West Chicago Street Ry. Co. and North Chicago Street Ry. Co. v. Annis, 62 Ill. App. 180; West Chicago Street Ry. Co. and North Chicago Street Ry. Co. v. Cahill, 64 Ill. App. 539.

The construction of appellants' respective roads is such that great care is necessary in the operation of parallel lines within a few feet of each other.

The judgment of the Superior Court is affirmed.